UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES H. BARRETT,<br>　　　Plaintiff,<br><br>　　vs.<br><br>CARL W. GROW,<br>GREG B. STEVENS, and<br>THE COLUMBIA FIRST GROUP, LTD<br>　　　Defendants. | )<br>)<br>)<br>)　　1:07-cv-486 LJM-DML<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF JUDGMENT

Through an Order dated August 24, 2010, the Court granted judgment in favor of plaintiff, James H. Barrett, and against defendants, Carl W. Grow, Greg B. Stevens, and the Columbia First Group, Ltd., on defendants' outstanding counterclaim. Judgment is entered accordingly.

DATED this 24th day of August, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution attached.

Distribution to:

Danford Royce Due
DUE DOYLE FANNING  & METZGER
ddue@duedoyle.com

Carl W. Grow
CARL W. GROW
carl@labratsolutions.com

Jeffrey Alan Hunt
MCCROSSON & ASSOCIATES
jhunt@mccrossonlaw.com

Dennis Francis McCrosson III
MCCROSSON & ASSOCIATES
dmccross@mccrossonlaw.com

J. Bradley Schooley
HOSTETLER AND KOWALIK PC
jbs@hostetler-kowalik.com

Michael Eugene Simmons
HUME SMITH GEDDES GREEN & SIMMONS
msimmons@humesmith.com